No. CR 07 00320 RMW RS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

FILED
2007 MAY 23 P 2:30

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

## THE UNITED STATES OF AMERICA

vs.

## YVONNE JENKINS O'NEAL
## and LaVERA LINCOLN

# INDICTMENT

**COUNT ONE**: Title 21, United States Code, Section 371 – Conspiracy

**COUNT TWO:** Title 18, United States Code, Sections 1519 and 2 – Alteration, Falsification of Records in Federal Investigation and Aiding and Abetting;

**COUNT THREE**: Title 18, United States Code, Sections §§ 1519 and 2 – Alteration and Falsification of Records in Federal Investigation; Aiding and Abetting

**COUNTS FOUR**: Title 18, United State Code, Section 1001(a)(2) – False Statements;

Five & Six B.W.

*A true bill.*

_____
*Foreperson*

*Filed in open court this* 23 *day of* May

*A.D. 2007*

_____
*UNITED STATES MAGISTRATE JUDGE*

Summons to defendants

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

FILED

2007 MAY 23 P 2: 30

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CR No. 07 00320 RMW |
|---|---|---|
| Plaintiff, | ) | VIOLATIONS: 18 U.S.C. § 371 – Conspiracy; 18 U.S.C. § 1519 – Alteration and Falsification of Records in a Federal Investigation; 18 U.S.C. § 1001(a)(2) – False Statements; 18 U.S.C. § 2 - Aiding and Abetting |
| v. | ) | |
| YVONNE JENKINS O'NEAL and LaVERA LINCOLN, | ) | |
| Defendants. | ) | SAN JOSE VENUE |

# INDICTMENT

The Grand Jury charges:

At all times relevant to this indictment:

1. Yvonne Jenkins O'NEAL was employed as a Supervisory Logistics Management Specialist with the Federal Emergency Management Agency, Department of Homeland Security, at Moffet Field, California.

2. LaVera LINCOLN, O'NEAL's sister, was the Outbound Supervisor, Personal Property Office, U.S. Coast Guard in Alameda, California. Her duties included contracting with moving companies to arrange shipments and personnel moves for the U.S. Coast Guard.

3. The Federal Emergency Management Administration (FEMA), a department and agency of the United States within the U.S. Department of Homeland Security, was responsible

INDICTMENT

for preparing the nation for hazards, managing federal response and recovery efforts following any national incident, and administering the National Flood Insurance Program.

COUNT ONE : [18 U.S.C. § 371 – Conspiracy]

4. The allegations contained in paragraphs 1 through 3 are realleged and incorporated as if fully set forth here.

5. On or about and between July 28, 2004 and October 27, 2004, in the Northern District of California and elsewhere, the defendants,

YVONNE JENKINS O'NEAL and
LAVERA LINCOLN,

did knowingly and intentionally conspire with each other and with others known and unknown to the grand jury to:

    (a) alter and falsify documents with the intent to impede, obstruct, and influence an investigation conducted by FEMA, in violation of Title 18, United States Code, Section 1519;

    (b) knowingly make materially false, fictitious, and fraudulent statements and representations in violation of Title 18, United States Code, Section 1001(a)(2); and

    (c) knowingly make and use a false writing and document knowing the same to contain materially false, fictitious, and fraudulent statements and representations in violation of Title 18, United States Code, Section 1001(a)(3).

6. In furtherance of the conspiracy and to carry out its objectives, the defendants did commit and cause to be committed the following overt acts on or about the dates set forth below:

**Overt Acts**

    (a) On July 28, 2004, O'NEAL requested two FEMA employees, whom she supervised, to transport her Nissan 300ZX automobile and personal items from her home in Hayward, California to her son's residence in National City, California.

    (b) On July 28, 2004, O'NEAL gave the two FEMA employees FEMA credit cards to pay for a trailer to transport her car and personal items, and to cover gas and other

1  expenses for the trip.

2         (c)    On October 22, 2004, in an interview with FEMA investigators, O'NEAL
3  falsely denied allegations that she had misused government property and personnel.

4         (d)    In October 2004, LINCOLN contacted a representative of a national
5  moving company and requested that a fraudulent receipt be created to reflect, falsely, that the
6  moving company had transported O'NEAL's Nissan 300ZX automobile from Hayward,
7  California to National City, California, on August 16, 2004.

8         (e)    In October 2004, O'NEAL contacted the owner of an autobody repair shop
9  and requested that the dates on a car repair order be changed to falsely reflect that her car had
10 been at the repair shop between July 26 and August 6, 2004.

11        (f)    Between October 25 and October 27, 2004, O'NEAL provided FEMA
12 investigators with two fraudulent documents – an autobody repair receipt and a moving company
13 receipt – along with a legitimate airline receipt about which O'NEAL made false representations,
14 in an effort to cover up her misuse of government property and personnel.

15     All in violation of Title 18, United States Code, Section 371.

16

17 COUNT TWO: [18 U.S.C. §§ 1519 and 2 – Alteration, Falsification of Records in Federal
18 Investigation and Aiding and Abetting]

19     7.    The allegations contained in paragraphs 1 through 3 and paragraph 6(e) are
20 realleged and incorporated as if fully set forth here.

21     8.    On or about and between July 28, 2004 and October 27, 2004, in the Northern
22 District of California and elsewhere, the defendant,

23                        YVONNE JENKINS O'NEAL,
24 did knowingly alter and falsify, and cause to be altered and falsified, a document, to wit: an
25 autobody repair receipt, with the intent to impede, obstruct, and influence an investigation
26 conducted by FEMA, in violation of Title 18, United States Code, Sections 1519 and 2.
27 ///
28 ///

INDICTMENT                                 3

COUNT THREE: [18 U.S.C. §§ 1519 and 2 – Alteration and Falsification of Records in Federal Investigation; Aiding and Abetting]

9. The allegations contained in paragraphs 1 through 3 and paragraph 6(d) are realleged and incorporated as if fully set forth here.

10. On or about and between July 28, 2004 and October 27, 2004, in the Northern District of California and elsewhere, the defendants,

YVONNE JENKINS O'NEAL and
LAVERA LINCOLN,

did knowingly alter and falsify, and cause to be altered and falsified, a document, to wit: a receipt from a moving company, with the intent to impede, obstruct, and influence an investigation conducted by FEMA, in violation of Title 18, United States Code, Sections 1519 and 2.

COUNT FOUR : [18 U.S.C. § 1001(a)(2) – False Statements]

11. The allegations contained in paragraphs 1 through 3 are realleged and incorporated as if fully set forth here.

12. On or about and between October 22, 2004 and October 27, 2004, in the Northern District of California and elsewhere, the defendant,

YVONNE JENKINS O'NEAL,

did knowingly make materially false, fictitious, and fraudulent statements and representations, to wit: she presented an airline receipt to FEMA officials and claimed that this receipt established that her son was in Florida between July 24 and August 4, 2004, when in truth and in fact, as the defendant well knew, her son had not traveled to Florida between those dates, in violation of Title 18, United States Code, Section 1001(a)(2).

COUNT FIVE: [18 U.S.C. § 1001(a)(2) – False Statements]

13. The allegations contained in paragraphs 1 through 3 and paragraph 6.e. are realleged and incorporated as if fully set forth here.

14. On or about and between October 22, 2004 and October 27, 2004, in the Northern

INDICTMENT                                4

1 | District of California and elsewhere, the defendant,

2 | YVONNE JENKINS O'NEAL,

3 | did knowingly make materially false, fictitious, and fraudulent statements and representations, to

4 | wit: she told FEMA officials that her Nissan car was in the repair shop between July 26 and

5 | August 6, 2004, when in truth and in fact, as the defendant well knew, her car was not in the shop

6 | during that time period, in violation of Title 18, United States Code, Section 1001(a)(2).

8 | COUNT SIX: [18 U.S.C. § 1001(a)(2) – False Statements]

9 | 13.  The allegations contained in paragraphs 1 through 3 are realleged and

10 | incorporated as if fully set forth here.

11 | 14.  On or about and between October 22, 2004 and October 27, 2004, in the Northern

12 | District of California and elsewhere, the defendant,

13 | YVONNE JENKINS O'NEAL,

14 | did knowingly make materially false, fictitious and fraudulent statements and representations, to

15 | wit: she told FEMA officials that a moving company had transported her Nissan car to her son's

16 | residence in National City, California on August 16, 2004, when in truth and in fact, as the

17 | defendant well knew, a moving company did not transport her car to her son's residence, in

18 | violation of Title 18, United States Code, Section 1001(a)(2).

20 | DATED:
21 | 23-May-2007

A TRUE BILL.

FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

28 | (Approved as to form: _____)
AUSA Singh

INDICTMENT                                                     5

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

E-FILING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED
SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
SEE ATTACHMENT

CR

FILED
2007 MAY 23 P 2:30
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

### DEFENDANT - U.S.
▶ YVONNE JENKINS O'NEAL

DISTRICT COURT NUMBER
07  00320

### DEFENDANT
IS NOT IN CUSTODY
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed ___
Month/Day/Year
DATE OF ARREST ▶ ___
Or... if Arresting Agency & Warrant were not
Month/Day/Year
DATE TRANSFERRED TO U.S. CUSTODY ▶ ___

☐ This report amends AO 257 previously submitted

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)
S/A Zryfom Malulf-D.H.S.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  } SHOW DOCKET NO.
  ☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶  } MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    KEVIN V. RYAN
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   CARLOS SIGNH

### ADDITIONAL INFORMATION OR COMMENTS
PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: ___
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:
249 Jacaranada Drive, Haward, CA 94544

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: June 22, 2007 9:30am
Before Judge: Honorable Patricia V. Trumbull

Comments:

# Attachment A

**Summary of Charges Per Defendant:**

Yvonne Jenkins O'Neal is charged in all counts.
LaVera Lincoln is charged in Counts One and Three.


**Maximum Penalties:**

Count One: 18 U.S.C. § 371 – Conspiracy

Up to 5 years imprisonment
$250,000 fine
3 years supervised release
$100.00 special assessment

Counts Two and Three : 18 U.S.C. § 1519 – Alteration, Falsification of Records in Federal Investigation and Aiding and Abetting

Up to 20 years imprisonment
$250,000 fine
3 years supervised release
$100.00 special assessment

Counts Four Through Six: 18 U.S.C. § 1001(a)(2) – False Statements

Up to 5 years imprisonment
$250,000 fine
3 years supervised release
$100.00 special assessment

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

**FILED**

### OFFENSE CHARGED
SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
SEE ATTACHMENT

### DEFENDANT - U.S.
► LaVERA LINCOLN'S

DISTRICT COURT NUMBER

CR 07 00320

2007 MAY 23 P 2:30
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

### PROCEEDING
Name of Complainant Agency, or Person (&Title, if any)
S/A Zryfom Malulf-D.H.S.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM  **KEVIN V. RYAN**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  **CARLOS SIGNH**

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ► _____ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ► _____ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS
PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:
249 Jacaranada Drive, Haward, CA 94544

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: June 22, 2007 9:30am
Before Judge: Honorable Patricia V. Trumbull

Comments:

**Attachment A**

**Summary of Charges Per Defendant:**

Yvonne Jenkins O'Neal is charged in all counts.
LaVera Lincoln is charged in Counts One and Three.

**Maximum Penalties:**

Count One: 18 U.S.C. § 371 – Conspiracy

Up to 5 years imprisonment
$250,000 fine
3 years supervised release
$100.00 special assessment

Counts Two and Three : 18 U.S.C. § 1519 – Alteration, Falsification of Records in Federal Investigation and Aiding and Abetting

Up to 20 years imprisonment
$250,000 fine
3 years supervised release
$100.00 special assessment

Counts Four Through Six: 18 U.S.C. § 1001(a)(2) – False Statements

Up to 5 years imprisonment
$250,000 fine
3 years supervised release
$100.00 special assessment