1    BARRY J. PORTMAN
     Federal Public Defender
2    CYNTHIA C. LIE
     Assistant Federal Public Defender
3    160 West Santa Clara Street, Suite 575
     San Jose, CA  95113
4    Telephone:  (408) 291-7753

5    Counsel for Defendant LINCOLN

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10   UNITED STATES OF AMERICA,          )    No. CR-07-00320 RMW
                                        )
11                  Plaintiff,          )    STIPULATION TO MODIFY PRETRIAL
                                        )    RELEASE CONDITIONS
12   vs.                                )
                                        )
13   YVONNE JENKINS O'NEAL and          )
     LaVERA LINCOLN,                    )
14                                      )
                    Defendants.         )
15   _____)

16

17                              **STIPULATION**

18          Defendant LaVera Lincoln and the government, by and through their respective counsel,

19   hereby stipulate and agree that the Order Setting Conditions of Release and Appearance Bond

20   issued June 21, 2007 may be modified to permit Ms. Lincoln to travel without restriction within

21   the United States.  The reason for the parties' agreement is that Ms. Lincoln's employment

22   frequently necessitates her travel outside the Northern District of California upon short notice.

23   United States Pretrial Services Officer Paul Mamaril has been consulted as to this proposed

24   modification and does not object.

25

26

Stipulation to Modify Pretrial Release Conditions      1

1    Dated: July 2, 2007

2                                         s/_____
                                          CYNTHIA C. LIE
3                                         Assistant Federal Public Defender

4
     Dated: July 3, 2007
5

6                                         _s/_____
                                          CARLOS SINGH
7                                         Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26