1   BARRY J. PORTMAN
    Federal Public Defender
2   CYNTHIA C. LIE
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant LINCOLN

6

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,            )   No. CR-07-00320 RMW
                                         )
11              Plaintiff,               )   [PROPOSED] ORDER MODIFYING
                                         )   PRETRIAL RELEASE CONDITIONS
12  vs.                                  )
                                         )
13  YVONNE JENKINS O'NEAL and            )   **Hon. Patricia V. Trumbull**
    LaVERA LINCOLN,                      )
14                                       )
                Defendants.              )
15  _____)

16
                        **[PROPOSED] ORDER**
17
            Good cause appearing and by stipulation of the parties, it is hereby ordered that the Order
18
    Setting Conditions of Release and Appearance Bond issued June 21, 2007 shall be modified to
19
    permit defendant LaVera Lincoln to travel without restriction within the United States.
20
            All other conditions remain in full force and effect.
21

22
    Dated: July ___, 2007
23
                                         _____
24                                       PATRICIA V. TRUMBULL
                                         United States Magistrate Judge
25

26

    [Proposed] Order Modifying Pretrial Release
    Conditions                              1