BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant LINCOLN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>YVONNE JENKINS O'NEAL and<br>LaVERA LINCOLN,<br><br>　　　　　Defendants. | No. CR-07-00320 RMW<br><br>[PROPOSED] ORDER MODIFYING<br>PRETRIAL RELEASE CONDITIONS<br><br>Hon. Patricia V. Trumbull |

[PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the Order Setting Conditions of Release and Appearance Bond issued June 21, 2007 shall be modified to permit defendant LaVera Lincoln to travel without restriction within the United States.

All other conditions remain in full force and effect.

Dated: July 3, 2007

　　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

[Proposed] Order Modifying Pretrial Release
Conditions　　　　　　　　　　　　　　1