***E-FILED *__**

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte        **REPORTER:** Lee-Anne Shortridge

**DATE:** July 9, 2007        **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00320-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- YVONE JENKINS O'NEAL   (P)
    **APPEARANCES:**             LAVERA LINCOLN         (P)

**PLTF:** AUSA: C. Singh        **DEFT:** E. Swanson & C. Lie

**COURT ACTION: STATUS HEARING**

Hearing Held. The government needs to provide the defense with discovery. The Court continued this matter to August 120, 2007 @ 9:00 am for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 8/20/07. Government to prepare exclusion order. Defendant O'Neal's appearance is waived at the next hearing.


            /s/ Jackie Garcia
              **JACKIE GARCIA**
            **Courtroom Deputy**