1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant LINCOLN

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,              )   No. CR-07-00320 RMW
                                          )
11           Plaintiff,                   )   STIPULATION AND [PROPOSED]
                                          )   ORDER CONTINUING HEARING
12 vs.                                    )
                                          )
13 YVONNE JENKINS O'NEAL and              )
   LaVERA LINCOLN,                        )
14                                        )
             Defendants.                  )
15 _____)

16
                              **STIPULATION**
17
       The parties, by and through their respective counsel, hereby stipulate and agree that the
18
   status hearing currently set for Monday, August 27, 2007 may be continued to Monday, October
19
   15, 2007 at 9:00 a.m.  The reason for the requested continuance is to permit the defense to obtain
20
   additional discovery from the government and to conduct necessary investigation.  The parties
21
   further stipulate and agree that 49 days may be excluded from the time within which trial shall
22
   commence, as reasonable time necessary to effective preparation, taking into account the exercise
23
   of due diligence, pursuant to Title 18, United States Code Section 3161(h)(8)(A) and
24
   (h)(8)(B)(iv).
25

26

Stipulation and [Proposed] Order Continuing
Hearing                                         1

Dated: August 23, 2007

s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender
Counsel for LaVera Lincoln

Dated: August 23, 2007

s/_____
ALEXIS HALLER
Swanson, McNamara & Haller, LLP
Counsel for Yvonne Jenkins O'Neal

Dated: August 24, 2007

s/_____
CARLOS SINGH
Assistant United States Attorney
Counsel for the United States

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing of Monday, August 27, 2007 shall be continued to Monday, October 15, 2007 at 9:00 a.m. It is further ordered that 49 days shall be excluded from the time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to , pursuant to Title 18, United States Code Section 3161(h)(8)(A) and (h)(8)(B)(iv).

Dated: August \_\_\_, 2007

_____
RONALD M. WHYTE
United States District Judge