BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant LINCOLN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00320 RMW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING HEARING |
| vs. | ) | |
| | ) | |
| YVONNE JENKINS O'NEAL and | ) | |
| LaVERA LINCOLN, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**STIPULATION**

The parties, by and through their respective counsel, hereby stipulate and agree that the status hearing currently set for Monday, October 15, 2007 may be continued to Monday, November 19, 2007 at 9:00 a.m.  The reason for the requested continuance is to permit the defense to obtain additional discovery from the government and to continue the defense investigation.

The parties further stipulate and agree that 35 days may be excluded from the time within which trial shall commence, as reasonable time necessary to effective preparation, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(8)(A) and (h)(8)(B)(iv).

Dated: October 10, 2007

        s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender
Counsel for LaVera Lincoln

Dated: October 11, 2007

        s/_____
ALEXIS HALLER
Swanson, McNamara & Haller, LLP
Counsel for Yvonne Jenkins O'Neal

Dated: October 12, 2007

        s/_____
CARLOS SINGH
Assistant United States Attorney
Counsel for the United States

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing of Monday, October 15, 2007 shall be continued to Monday, November 19, 2007 at 9:00 a.m., and that the defendants are excused from personally appearing on that date.

It is further ordered that 35 days shall be excluded from the time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(8)(A) and (h)(8)(B)(iv).

Dated: October ___, 2007

        _____
RONALD M. WHYTE
United States District Judge