1 | Edward W. Swanson, SBN 159859
Alexis Haller, SBN 201210
2 | SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
3 | San Francisco, California 94104
Telephone: (415) 477-3800
4 | Facsimile: (415) 477-9010

5 | Attorney for YVONNE JENKINS O'NEAL

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 07-00320 RMW (PVT) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING |
| vs. | |
| YVONNE JENKINS O'NEAL and LAVERA LINCOLN, | |
| Defendants. | |

### STIPULATION

The parties, by and through their respective counsel, hereby stipulate and agree that the status hearing currently set for Monday, November 19, 2007, may be continued to Monday, December 17, 2007 at 9:00 a.m. The reason for the requested continuance is to allow the defense and the government to meet and confer regarding additional discovery and to permit the defense investigation to continue.

The parties further stipulate and agree that 28 days may be excluded from the time within which trial shall commence, as reasonable time necessary to effective preparation, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(8)(A) and (h)(8)(B)(iv).

Dated: November 14, 2007                    /s/
                                            CYNTHIA C. LIE
                                            Assistant Federal Public Defender
                                            Counsel for LaVera Lincoln

Dated: November 14, 2007

                /s/
ALEXIS HALLER
Swanson, McNamara & Haller LLP
Counsel for Yvonne Jenkins O'Neal

Dated: November 14, 2007

                /s/
CARLOS SINGH
Assistant United States Attorney
Counsel for the United States

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing of Monday, November 19, 2007 shall be continued to Monday, December 17, 2007 at 9:00 a.m., and that the defendants are excused from personally appearing on that date.

It is further ordered that 28 days shall be excluded from the time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(8)(A) and (h)(8)(B)(iv).

Dated: November ___, 2007

                _____
RONALD M. WHYTE
United States District Judge