1  Edward W. Swanson, SBN 159859
   Alexis Haller, SBN 201210
2  SWANSON, McNAMARA & HALLER LLP
   300 Montgomery Street, Suite 1100
3  San Francisco, California 94104
   Telephone: (415) 477-3800
4  Facsimile: (415) 477-9010

5  Attorney for YVONNE JENKINS O'NEAL

*E-FILED - 11/26/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 07-00320 RMW (PVT) |
|---|---|
| Plaintiff, | STIPULATION AND [] ORDER CONTINUING HEARING |
| vs. | |
| YVONNE JENKINS O'NEAL and LAVERA LINCOLN, | |
| Defendants. | |

## STIPULATION

The parties, by and through their respective counsel, hereby stipulate and agree that the status hearing currently set for Monday, November 19, 2007, may be continued to Monday, December 17, 2007 at 9:00 a.m.  The reason for the requested continuance is to allow the defense and the government to meet and confer regarding additional discovery and to permit the defense investigation to continue.

The parties further stipulate and agree that 28 days may be excluded from the time within which trial shall commence, as reasonable time necessary to effective preparation, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(8)(A) and (h)(8)(B)(iv).

Dated: November 14, 2007                               /s/
                                                       CYNTHIA C. LIE
                                                       Assistant Federal Public Defender
                                                       Counsel for LaVera Lincoln

| | |
|---|---|
| Dated: November 14, 2007 | /s/<br>ALEXIS HALLER<br>Swanson, McNamara & Haller LLP<br>Counsel for Yvonne Jenkins O'Neal |
| Dated: November 14, 2007 | /s/<br>CARLOS SINGH<br>Assistant United States Attorney<br>Counsel for the United States |

## [] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing of Monday, November 19, 2007 shall be continued to Monday, December 17, 2007 at 9:00 a.m., and that the defendants are excused from personally appearing on that date.

It is further ordered that 28 days shall be excluded from the time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(8)(A) and (h)(8)(B)(iv).

Dated: November 26, 2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Stipulation and [] Order Continuing Hearing       2