***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Lee-Anne Shortridge

**DATE:** December 17, 2007          **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00320-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- YVONE JENKINS O'NEAL (P)
  **APPEARANCES:**                         LAVERA LINCOLN      (P)

**PLTF:** AUSA: C. Singh          **DEFT:** A. Heller for E. Swanson & C. Lie

**COURT ACTION: STATUS HEARING**

Hearing Held. The government advised the Court that they need to provide discovery to the defense. The Court continued this matter to January 28, 2008 @ 9:00 am for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 1/28/08. Government to prepare exclusion order.

                    */s/ Jackie Garcia*
                       **JACKIE GARCIA**
                      **Courtroom Deputy**