1  Edward W. Swanson, SBN 159859
   Alexis Haller, SBN 201210
2  SWANSON, McNAMARA & HALLER LLP
   300 Montgomery Street, Suite 1100
3  San Francisco, California 94104
   Telephone: (415) 477-3800
4  Facsimile: (415) 477-9010

5  Attorney for YVONNE JENKINS O'NEAL

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>YVONNE JENKINS O'NEAL and LAVERA LINCOLN,<br><br>        Defendants. | Case No. CR 07-00320 RMW (PVT)<br><br>STIPULATION AND [PROPOSED] ORDER WAIVING DEFENDANT YVONNE O'NEAL'S APPEARANCE AT JANUARY 28, 2008 STATUS HEARING |

**STIPULATION**

Defendant Yvonne O'Neal and the United States, by and through their respective counsel, hereby stipulate and agree that Ms. O'Neal does not need to appear at the status hearing currently set for January 28, 2008. The hearing conflicts with Ms. O'Neal's work schedule, and undersigned counsel agree that Ms. O'Neal's presence is not required given that the hearing will address discovery issues.

IT IS SO STIPULATED.

Dated: January 23, 2008

                                        /s/
                                    CARLOS SINGH
                                    Assistant United States Attorney
                                    Counsel for the United States

\\\
\\\
\\\

Dated: January 23, 2008

                          /s/
ALEXIS HALLER
Swanson, McNamara & Haller LLP
Counsel for Yvonne Jenkins O'Neal

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January ___, 2008

RONALD M. WHYTE
United States District Judge