BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant LINCOLN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                       )<br>                        Plaintiff,        )<br>                                                       )<br>vs.                                                  )<br>                                                       )<br>YVONNE JENKINS O'NEAL and  )<br>LaVERA LINCOLN,                      )<br>                                                       )<br>                        Defendants.   )<br>_____ ) | No. CR-07-00320 RMW<br><br>STIPULATION AND [PROPOSED] ORDER EXCUSING DEFENDANT LINCOLN FROM APPEARING AT STATUS HEARING |

**STIPULATION**

Defendant LaVera Lincoln and the government, by and through counsel, hereby stipulate that Ms. Lincoln may be excused from personally appearing at the status hearing of Monday, January 28, 2008. Ms. Lincoln is without ready transportation between her workplace and the Court on that date, due to a recent automobile accident. The undersigned believe that the status hearing will address discovery issues not otherwise requiring Ms. Lincoln's presence or participation.

Dated: January 24, 2008

                                                                        s/_____
                                                                        CYNTHIA C. LIE
                                                                        Assistant Federal Public Defender
                                                                        Counsel for LaVera Lincoln

Stipulation and [Proposed] Order Excusing
Defendant from Appearance                                      1

Dated: January 25, 2008

s/_____
CARLOS SINGH
Assistant United States Attorney
Counsel for the United States

## [PROPOSED] ORDER

By stipulation of the parties, it is hereby ordered that defendant LaVera Lincoln is excused from appearing personally at the status hearing of January 28, 2008.

Dated: January ___, 2008

_____
RONALD M. WHYTE
United States District Judge