*E-FILED *

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte                **REPORTER:** Lee-Anne Shortridge

**DATE:** January 28, 2008                **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00320-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- YVONE JENKINS O'NEAL (N/A)
   **APPEARANCES:**                            LAVERA LINCOLN   (N/A)

**PLTF:** AUSA: C. Singh                **DEFT:** A. Haller & C. Lie

**COURT ACTION: STATUS HEARING**

Hearing Held. The parties need time to workout the filing of discovery motions and third party subpoenas. The Court continued this matter to 4/7/08 @ 9:00 am for a Status Hearing. The Court excluded time based on effective preparation and continuity of counsel. Time is excluded to 4/7/08. Government to prepare exclusion order.

   /s/ Jackie Garcia
   **JACKIE GARCIA**
   **Courtroom Deputy**