JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

    150 Almaden Boulevard
    San Jose, California 95113
    Telephone: (408) 535-5079
    Facsimile:  (408) 535-5066
    Email: Eumi.Choi@usdoj.gov

Attorneys for the United States of America

*E-FILED - 2/26/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00320 RMW |
|     Plaintiff, ) | |
| v. ) | *AMENDED* STIPULATION AND [] ORDER EXCLUDING TIME FROM JANUARY 28, 2008 TO APRIL 7, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A), (B)) |
| YVONNE JENKINS O'NEAL, and LaVERA LINCOLN ) | |
|     Defendants. ) | |

    On January 28, 2008, the parties appeared for a hearing before the Court for a status hearing. At that time, based upon the request of the parties, the Court set the matter for a status hearing on April 7, 2008. The parties stipulated to an exclusion of time from January 28, 2008 through April 7, 2008.

    The United States hereby submits this written request for an order finding that said time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The failure to grant such a continuance would unreasonably deny counsel for defendants the reasonable time necessary for effective preparation, taking into

1  account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

3  DATED: February 20, 2008          JOSEPH P. RUSSONIELLO
                                     United States Attorney

5                                    _____/s/_____
                                     EUMI L. CHOI
6                                    Assistant United States Attorney

8                                    _____/s/_____
                                     ALEXIS HALLER
                                     Counsel for Defendant O'Neal

10                                   _____/s/_____
                                     CYNTHIA LIE
11                                   Counsel for Defendant Lincoln

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between January 28, 2008 and April 7, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The failure to grant such a continuance would unreasonably deny counsel for defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 2/26/08

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE