1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  EUMI L. CHOI (WVBN 722)
   Assistant United States Attorney
5
      150 Almaden Blvd., Suite 900
6     San Jose, California 95113
      Telephone:  (408) 535-5079
7     FAX: (408) 535-5066

8  Attorneys for Plaintiff

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11                 SAN JOSE DIVISION

12
   UNITED STATES OF AMERICA,        )    No. 07-00320 RMW
13                                   )
            Plaintiff,               )
14                                   )
            v.                       )    SUBSTITUTION OF ATTORNEY
15                                   )
   YVONNE JENKINS O'NEAL, and        )
16 LaVERA LINCOLN,                   )
                                     )
17          Defendants.              )
                                     )
18 _____  )

19

20      Please take notice that as of February 27, 2008, the Assistant United States Attorney whose

21 name, address, telephone number and e-mail address are listed below was assigned to be counsel

22 for the government.

                        Assistant U.S. Attorney Eumi Choi
23                      150 Almaden Blvd, Suite 900
                        San Jose, California 95113
24                      Telephone: (408)535-5079
                        e-mail: Eumi.Choi@usdoj.gov
25

26 DATED: February 27, 2008            Respectfully Submitted,

27                                     JOSEPH P. RUSSONIELLO
                                       United States Attorney
28
                                                /s/
                                       _____
                                       EUMI CHOI
                                       Assistant United States Attorney

SUBSTITUTION OF ATTORNEY                    1