JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5079
   Facsimile:  (408) 535-5066
   Email: Eumi.Choi@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00320 RMW |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF STATUS HEARING FROM APRIL 7, 2008 TO MAY 5, 2008, AND FOR ORDER EXCLUDING TIME FROM APRIL 7, 2008 TO MAY 5, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A),(B)) |
| YVONNE JENKINS-O'NEAL, and LaVERA LINCOLN, ) | |
|     Defendants. ) | |

This matter is presently set for a status hearing on April 7, 2008 before this Court. On January 28, 2008, the Court set the matter for a status hearing on April 7, 2008 to allow for the resolution of pending discovery matters (including the potential litigation of discovery issues). Since the April 7, 2008 date was set, this prosecution was reassigned to the below-signed Assistant United States Attorney, who has had several discussions with defense counsel to determine and potentially resolve the pending discovery matters, as well as to explore a potential resolution of the prosecution itself. These discussions are on-going. To resolve the pending discovery matters (including the potential litigation of these issues) and/or complete the discussions regarding a potential pre-trial resolution, the parties have agreed to a continuance of

1 | the April 7, 2008 hearing until May 5, 2008, if that is agreeable to the Court.
2 |     The United States hereby submits this written request for an order finding that said time
3 | is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served
4 | by taking such action and outweigh the best interests of the public and defendant in a speedy
5 | trial. 18 U.S.C. § 3161(h)(8)(A). The failure to grant such a continuance would unreasonably
6 | deny counsel for defendants and the Government the reasonable time necessary for effective
7 | preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: March 12, 2008            JOSEPH P. RUSSONIELLO
                                                   United States Attorney

                                                   _____/s/_____
                                                   EUMI L. CHOI
                                                   Assistant United States Attorney

                                                   _____/s/_____
                                                   ALEXIS HALLER
                                                   Counsel for Defendant O'Neal

                                                   _____/s/_____
                                                   CYNTHIA LIE
                                                   Counsel for Defendant Lincoln

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the April 7, 2008 hearing be continued until May 5, 2008, and that the time between April 7, 2008 and the next one now set for May 5, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE