JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5079
   Facsimile:  (408) 535-5066
   Email: Eumi.Choi@usdoj.gov         `*E-FILED - 3/25/08*`

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>     Plaintiff, )<br><br>v. )<br><br>YVONNE JENKINS-O'NEAL, )<br>and LaVERA LINCOLN, )<br><br>     Defendants. )<br>_____ ) | No. CR 07-00320 RMW<br><br>STIPULATION AND []<br>ORDER FOR CONTINUANCE OF<br>STATUS HEARING FROM APRIL 7, 2008<br>TO MAY 5, 2008, AND FOR ORDER<br>EXCLUDING TIME FROM APRIL 7, 2008<br>TO MAY 5, 2008 FROM THE SPEEDY<br>TRIAL ACT CALCULATION (18 U.S.C. §<br>3161(h)(8)(A),(B)) |

     This matter is presently set for a status hearing on April 7, 2008 before this Court. On

January 28, 2008, the Court set the matter for a status hearing on April 7, 2008 to allow for the

resolution of pending discovery matters (including the potential litigation of discovery issues).

Since the April 7, 2008 date was set, this prosecution was reassigned to the below-signed

Assistant United States Attorney, who has had several discussions with defense counsel to

determine and potentially resolve the pending discovery matters, as well as to explore a potential

resolution of the prosecution itself.  These discussions are on-going.  To resolve the pending

discovery matters (including the potential litigation of these issues) and/or complete the

discussions regarding a potential pre-trial  resolution, the parties have agreed to a continuance of

1  the April 7, 2008 hearing until May 5, 2008, if that is agreeable to the Court.

2      The United States hereby submits this written request for an order finding that said time

3  is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served

4  by taking such action and outweigh the best interests of the public and defendant in a speedy

5  trial. 18 U.S.C. § 3161(h)(8)(A). The failure to grant such a continuance would unreasonably

6  deny counsel for defendants and the Government the reasonable time necessary for effective

7  preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

8

9  DATED: March 12, 2008                    JOSEPH P. RUSSONIELLO
                                            United States Attorney

10

11                                          _____/s/_____
                                            EUMI L. CHOI

12                                          Assistant United States Attorney

13

14                                          _____/s/_____
                                            ALEXIS HALLER

15                                          Counsel for Defendant O'Neal

16                                          _____/s/_____
                                            CYNTHIA LIE

17                                          Counsel for Defendant Lincoln

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the April 7, 2008 hearing be continued until May 5, 2008, and that the time between April 7, 2008 and the next one now set for May 5, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).  The failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:  3/25/08

_Ronald M. Whyte_
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE