**\*E-FILED \***

## CRIMINAL MINUTE ORDER

**JUDGE:**  Ronald M. Whyte                          **REPORTER:** Lee-Anne Shortridge

**DATE:**  May 5, 2008                                **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00320-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- YVONE JENKINS O'NEAL    (P)
          **APPEARANCES:**                    LAVERA LINCOLN      (P)

**PLTF:**  AUSA: E. Choi                              **DEFT:** A. Haller & C. Lie

**COURT ACTION:** STATUS HEARING

**Hearing Held.  The parties have worked out the discovery issues.  Defense needs time to continue to investigate the case.  The Court continued this matter to 6/16/08 @ 9:00 AM for a Status Hearing.  The Court excluded time based on effective preparation.  Time is excluded to 6/16/08.  Government to prepare exclusion order.**

*/s/ Jackie Garcia*
    JACKIE GARCIA
  **Courtroom Deputy**