JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

150 Almaden Boulevard
San Jose, California 95113
Telephone: (408) 535-5079
Facsimile: (408) 535-5066
Email: Eumi.Choi@usdoj.gov

*E-FILED - 5/14/08*

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>YVONNE JENKINS-O'NEAL,<br>and LaVERA LINCOLN,<br><br>    Defendants. | No. CR 07-00320 RMW<br><br>STIPULATION AND []<br>ORDER FOR EXCLUDING TIME FROM<br>MAY 5, 2008 THROUGH JUNE 16, 2008<br>FROM THE SPEEDY TRIAL ACT<br>CALCULATION (18 U.S.C. §<br>3161(h)(8)(A),(B)) |

On May 5, 2008, the parties appeared before the Court for a status hearing in the above-referenced matter.  As the Court was informed at that time, the parties have thus far been able to resolve successfully many outstanding discovery matters without seeking judicial intervention.  A few matters remain outstanding, which the parties hope to resolve similarly.  Also, as the Court was informed, defense counsel have recently served numerous subpoenas on various third-parties, with a return date of mid-May 2008.  A status hearing on June 16, 2008 would allow defense counsel to review evidence obtained via the subpoenas, and also determine whether to seek enforcement of the subpoenas should any of the subpoenas be challenged.  The parties also wish to continue their initial discussions about a potential resolution of the prosecution itself.

1

The United States hereby submits this written request for an order finding that the time from May 5, 2008 through June 16, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The failure to grant such a continuance would unreasonably deny counsel for defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: May 7, 2008                              JOSEPH P. RUSSONIELLO
                                                United States Attorney


                                                _____/s/_____
                                                EUMI L. CHOI
                                                Assistant United States Attorney


                                                _____/s/_____
                                                CYNTHIA LIE
                                                Attorney for Defendant Lincoln


                                                _____/s/_____
                                                ALEXIS HALLER
                                                Attorney for Defendant O'Neal

## **ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between May 5, 2008 through June 16, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 5/14/08

_Ronald M. Whyte_
_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE