JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5079
   Facsimile:  (408) 535-5066
   Email: Eumi.Choi@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00320 RMW |
|     Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER FOR EXCLUDING TIME FROM JUNE 16, 2008 THROUGH JULY 7, 2008, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A),(B)) |
| v. ) | |
| YVONNE JENKINS-O'NEAL, ) and LaVERA LINCOLN, ) | |
|     Defendants. ) | |

On May 5, 2008, the parties appeared before the Court for a status hearing in the above-referenced matter. By agreement of the parties, the Court set another status hearing on June 16, 2008, and excluded time from May 5, 2008 through June 16, 2008 under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(iv). The parties have since been advised that the Court will be unavailable for a status hearing on June 16, 2008. The Court is available June 30, 2008. In view of the necessity of rescheduling the next status hearing, the parties have stipulated that the status hearing be continued until July 7, 2008, if that is agreeable to the Court.

The United States hereby submits this written request for an order finding that the time from June 16, 2008 through July 7, 2008 is excluded under the Speedy Trial Act, 18 U.S.C.

1  § 3161, in that the ends of justice are served by taking such action and outweigh the best
2  interests of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).  The failure to
3  grant such a continuance would unreasonably deny counsel for defendants the reasonable time
4  necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C.
5  § 3161(h)(8)(B)(iv).

8  DATED: May 20, 2008            JOSEPH P. RUSSONIELLO
                                  United States Attorney

10                                _____/s/_____
                                  EUMI L. CHOI
11                                Assistant United States Attorney

13                                _____/s/_____
                                  CYNTHIA LIE
                                  Counsel for Defendant Lincoln

15                                _____/s/_____
                                  ALEXIS HALLER
16                                Counsel for Defendant O'Neal

**<u>ORDER</u>**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between June 16, 2008 through July 7, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE