JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5079
   Facsimile:  (408) 535-5066
   Email: Eumi.Choi@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>     Plaintiff,   )<br>   )<br>   v.   )<br>   )<br>YVONNE JENKINS-O'NEAL,   )<br>and LaVERA LINCOLN,   )<br>   )<br>     Defendants.   )<br>_____)| No. CR 07-00320 RMW<br><br>STIPULATION AND [PROPOSED]<br>ORDER FOR EXCLUDING TIME FROM<br>JULY 7, 2008 THROUGH AUGUST 4,<br>2008, FROM THE SPEEDY TRIAL ACT<br>CALCULATION (18 U.S.C. §<br>3161(h)(8)(A),(B)) |

On July 7, 2008, the parties appeared before the Court for a status hearing in the above-referenced matter.  Counsel for defendants represented that they had a number of subpoenas which were still outstanding – including new ones issued since the last court date – and asked for another status date to allow for the return of the subpoenas.  Counsel for defendants explained that documents obtained under said subpoenas could likely inform the defendants' decisions whether to resolve the case before trial, or to request a trial date.  By agreement of both defense counsel and the government, the Court set another status hearing on August 4, 2008, and excluded time from July 7, 2008 through August 4, 2008 under the Speedy Trial Act,18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(iv).

1    The United States hereby submits this written request for an order finding that the time

2  from July 7, 2008 through August 4, 2008 is excluded under the Speedy Trial Act, 18 U.S.C.

3  § 3161, in that the ends of justice are served by taking such action and outweigh the best

4  interests of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).  The failure to

5  grant such a continuance would unreasonably deny counsel for defendants the reasonable time

6  necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C.

7  § 3161(h)(8)(B)(iv).

8

9

10  DATED: July 8, 2008                    JOSEPH P. RUSSONIELLO
                                          United States Attorney
11

12                                        _____/s/_____
                                          EUMI L. CHOI
13                                        Assistant United States Attorney

14
                                          _____/s/_____
15                                        CYNTHIA LIE
                                          Counsel for Defendant Lincoln
16

17
                                          _____/s/_____
18                                        ED SWANSON
                                          Counsel for Defendant O'Neal
19

20

21

22

23

24

25

26

27

28

1

## <u>ORDER</u>

2          Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

3   ORDERS that the time between July 7, 2008 through August 4, 2008 is excluded under the

4   Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds that the ends of justice are served by taking

5   such action and outweigh the best interests of the public and defendant in a speedy trial.  18

6   U.S.C. § 3161(h)(8)(A).  The failure to grant such a continuance would unreasonably deny

7   counsel for defendant the reasonable time necessary for effective preparation, taking into account

8   the exercise of due diligence.  The Court therefore concludes that this exclusion of time should

9   be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

10

11  IT IS SO ORDERED.

12

13  DATED:                                    _____

14                                            RONALD M. WHYTE
                                              UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28