***E-FILED***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Lee-Anne Shortridge

**DATE:** July 7, 2008                      **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00320-RMW

**TITLE:** UNITED STATES OF AMERICA     -v- YVONE JENKINS O'NEAL
     APPEARANCES:                                             LAVERA LINCOLN (P)

**PLTF:** AUSA: E. Choi                         **DEFT:** E. Swanson & C. Lie

**COURT ACTION: STATUS HEARING**

**Hearing Held. Defense counsel advised that they have outstanding subpoenas. The Court continued this matter to 8/4/08 @ 9:00 AM for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 8/4/08. Government to prepare exclusion order.**

                                            /s/ Jackie Garcia
                                              **JACKIE GARCIA**
                                           **Courtroom Deputy**