***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte     **REPORTER:** Summer Clanton

**DATE:** August 4, 2008     **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00320-RMW

**TITLE:** UNITED STATES OF AMERICA     -v- YVONE JENKINS O'NEAL   (P)
   **APPEARANCES:**      LAVERA LINCOLN   (P)

**PLTF:** AUSA: E. Choi     **DEFT:** A. Haller & C. Lie

**COURT ACTION: STATUS HEARING**

**Hearing Held. The defense is continuing to investigate the case. There are still outstanding subpoenas. The Court continued this matter to 9/22/08 @ 9:00 AM for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 9/22/08. Government to prepare exclusion order.**

  */s/ Jackie Garcia*
   **JACKIE GARCIA**
  **Courtroom Deputy**