Edward W. Swanson, SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for YVONNE JENKINS O'NEAL

*E-FILED - 8/11/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 07-00320 RMW |
| Plaintiff, | STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING |
| vs. | |
| YVONNE JENKINS O'NEAL and LAVERA LINCOLN, | Date: August 3, 2009<br>Time: 9:00 am<br>Court: Hon. Ronald M. Whyte |
| Defendants. | |

**STIPULATION**

Defendant Yvonne O'Neal, by and through her counsel, Edward W. Swanson, defendant Lavera Lincoln, by and through Assistant Federal Public Defender Cynthia Lie and the United States, by and through Assistant United States Attorney Eumi Choi, hereby stipulate to continue the defendants' sentencing hearing, currently scheduled for August 3, 2009, until August 17, 2009. Mr. Swanson is unexpectedly unavailable on the date currently scheduled.

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

The parties therefore request that the sentencing in this case, currently scheduled for August 3, 2009, be continued until August 17, 2009. United States Probation Officer Waseem Iqbal has no objection to the continuance.

Dated: July 22, 2009

/s/
Edward W. Swanson
SWANSON, MCNAMARA & HALLER LLP
Counsel for YVONNE O'NEAL

Dated: July 22, 2009

/s/
Cynthia Lie
Assistant Federal Public Defender
Counsel for LAVERA LINCLON

Dated: July 22, 2009

/s/
Eumi Choi
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/11/09

RONALD M. WHYTE
United States District Court

**Stip. And [ Order
Continuing Sentencing Hearing**
*US v. O'Neal*, **CR 07-00320 RMW**          2