BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

*E-FILED - 12/23/09*

Counsel for Defendant LINCOLN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>YVONNE JENKINS O'NEAL and<br>LaVERA LINCOLN,<br><br>              Defendants. | No. CR-07-00320 RMW<br><br>RULE 36 STIPULATION AND<br>[] ORDER CORRECTING<br>JUDGMENT PURSUANT TO RULE 36 |

## STIPULATION

Defendant LaVera Lincoln and the government, by and through their respective counsel, hereby stipulate and agree that the Order of Judgment & Conviction entered on August 3, 2009, may be corrected pursuant to Rule 36 of the Federal Rules of Criminal Procedure to reflect this Court's original order at the sentencing hearing of the same date, waiving the requirement of drug testing.

Dated: December 11, 2009

s/_____
EUMI CHOI
Assistant United States Attorney

Stipulation and [] Order Correcting
Judgment                                                       1

Dated: December 11, 2009

                                                      s/_____
                                                      CYNTHIA C. LIE
                                                      Assistant Federal Public Defender

## [] ORDER

      Good cause appearing and by stipulation of the parties, it is hereby ordered that the Order of Judgment and Commitment entered as to defendant LaVera Lincoln on August 3, 2009 shall be amended to delete the requirement that Ms. Lincoln submit to periodic drug testing.

Dated: December 23, 2009

*Ronald M. Whyte*
HON. RONALD M. WHYTE
United States District Judge

Stipulation and [] Order Correcting Judgment                2